1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

11

EASTERN DISTRICT OF CALIFORNIA

12

13

ALEXANDRA M. CHAPA,

Case No.  1:23-cv-01118-JLT-SKO

14

Plaintiff,

**ORDER TRANSFERRING CASE**

15

v.

16

17

NATOMAS PARK MASTER
ASSOCIATION BOARD OF DIRECTORS,
et al.,

18

19

Defendants.

_____/

20

21      On July 27, 2023, Plaintiff Alexandra M. Chapa, proceeding pro se, filed a complaint against

22  Defendants Natomas Park Master Association Board of Directors; Levy, Erlander & Company LLP;

23  Lyon Real Estate–Natomas; and Victoria Janns.  (Doc. 1.)  The complaint purports to allege claims

24  for mail fraud, wire tapping, and negligence arising from an alleged interference with Plaintiff's

25  mail .  (*See id.*)

26      It is apparent from a reading of Plaintiff's allegations in the complaint that the gravamen of

27  this case arose in the Sacramento Division of the Eastern District of California, and any relationship

28  with the Fresno Division is minimal.  Plaintiff is a resident of Sacramento, as well as are most of

the named defendants.  All of events at issue in the complaint allegedly occurred in Sacramento.
For these reasons, this case should be transferred to the Sacramento Division of the Eastern Division
of California.  Pursuant to Local Rule 120(f), a civil action which has not been commenced in the
proper court may, on the Court's own motion, be transferred to the proper court.

      Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1.    This case is transferred to the Sacramento Division of the United States District Court for the Eastern District of California; and

2.    All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

      This Court observes that Plaintiff has neither paid the requisite filing fee for this case, nor
has she submitted an application to proceed in forma pauperis.

IT IS SO ORDERED.

Dated:  __July 28, 2023__                    _____*/s/ Sheila K. Oberto*_____

                                       UNITED STATES MAGISTRATE JUDGE